**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-10-DLB**

**PRIDE NGU FON**                                                                                       **PETITIONER**

**v.**                                                          **ORDER**

**SAMUEL OLSON, et al.**                                                              **RESPONDENTS**

* * * * * * * * * *

Petitioner Pride Ngu Fon, through counsel, recently filed a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  On February 10, 2026, this Court granted the Petition, ordering Respondents to immediately release Petitioner, or in the alternative, provide her with a bond hearing.  (Doc. # 5).  Petitioner now seeks an order from this Court to enforce the Court's previous habeas order.  (Doc. # 6).  Petitioner alleges that while she was given a bond hearing before an immigration judge, it was not a legally adequate bond hearing.  (*Id.*).  Petitioner now asks this Court to "order Petitioner's immediate release." (*Id*. at 2).  The Court determining that a response to the motion would be helpful,

**IT IS ORDERED** that Respondents **shall file a written response** to Petitioner's Motion (Doc. # 6) **within fourteen (14) days** of the date of entry of this Order.  Any reply by Petitioner shall be filed **fourteen (14) days thereafter**.

This 17th day of February, 2026.



Signed By:

David L. Bunning

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2026\26-10 order directing response.docx