**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-10-DLB**

**PRIDE NGU FON**                                                         **PETITIONER**

**v.**                                          **ORDER**

**SAMUEL OLSON, et al.**                                           **RESPONDENTS**

\* \* \* \* \* \* \* \* \* \*

Petitioner Pride Ngu Fon, through counsel, recently filed a Motion for Attorneys'
Fees and Expenses (Doc. # 16).  Fon claims that pursuant to the Equal Access to Justice
Act ("EAJA"), he is entitled to fees and expenses in the amount of $41,786.00.  (*Id*. at 1).

Having reviewed Fon's Motion, the Court concludes that further briefing is required
to adjudicate the motion.  Accordingly,

**IT IS ORDERED** that Respondents shall file a **written response** to Fon's Motion
for attorneys' fees **within fourteen (14) days**.  Any reply shall be due **fourteen (14) days**
**thereafter**.

This 12th day of May, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2026\26-10 order for response to attorneys' fees.docx